**EXHIBIT C**

U.S. Architectural Lighting



SIGMA™

PATENT PENDING



# SIGMA



## INNOVATION

### FORM

The SIGMA is a traditional design luminaire that incorporates modern lighting specifications. The lantern-style design achieves old world aesthetics using sandcasting to form the aluminum alloy housing. A computer designed, specular segmented reflector combines with a lens to produce an extremely efficient light distribution.
Seven light distrubution types are available.

### FUNCTION

Reflector assemblies are easily accessable for relamping.
The reflector assembly can be removed from the housing for repositioning to the desired direction.
Electrical quick disconnects allow complete removal of the optical assembly for easy luminaire servicing.
Removal, rotation, and reinstallation of the optical assembly is tool-less.

## TRADITIONAL IN DESIGN
## ELEGANT IN FUNCTION

# S P E C I F I C A T I O N

**HOUSING**
Precise cast aluminum construction.
Traditional styling of the housing features decorative accents and flutes with open struts.

**LENS ASSEMBLY**
Door frame encases 3/16" clear tempered glass lens sealed to door frame with high temperature EPDM gasket to completely seal door frame from contaminants.

**OPTICS**
Computer designed specular segmented reflector combines with lens to produce a highly efficient sharp cutoff.
Optical assembly is removable without the use of tools and is field rotatable in 90° increments.

**GASKETING**
Closed cell EPDM gasketing compressed between door and housing.

**LAMP HOLDER**
Porcelain lamp holder equiped with factory installed quick disconnect plug.
Mogul base for SIGMA.
Medium base for SIGMA-M.
(Lamp by others.)

**BALLAST**
Electrical components are factory pre-wired with quick-disconnect plugs, and are mounted to a cast ballast compartment cover.
Ballast cover disengages from housing and is removable for servicing.

**FINISH**
Polyester powdercoat incorporates a four step iron phosphate process to pretreat metal surface for maximum adhesion. Top coat is baked to 400 degrees for maximum hardness and exterior durability.



S I G M A 1



S I G M A 2




UL Listed for wet location

LPC Light Pollution Control Classification System
0% Uplight Luminaire

---

Sun Valley Lighting
660 West Avenue O, Palmdale, CA 93551
Phone (661) 233-2000  Fax (661) 233-2001
www.usaltg.com

**SUN VALLEY LIGHTING**

# Attention to Detail...



## INTEGRATION

SIGMA features easy access to the ballast compartment at the base of the fixture.

The roof of the housing is raised for access to the reflector and lamp by simply disengaging the latch.

The field-rotatable reflector system is removed from the roof by loosening the four placement screws.



The reflector system is then removed from the housing by disengaging the quick-disconnect plug. This provides complete access to the ballast compartment assembly.

The ballast compartment door functions as the electrical assembly tray. Access to the ballast compartment is accomplished by removing four panhead screws. The entire ballast assembly is also removed from the housing by disengaging a quick-disconnect plug.

SIGMA is designed for ease of servicing.



# SIGMA™

## SPECIFICATIONS

### SIGMA1 (SIG1)



37" (940 MM)
24" (610 MM)

### SIGMA2 (SIG2)



28" (711 MM)
18.5" (470 MM)

SIGMA1 AND SIGMA2 REQUIRE A 2 7/8" (73MM) X 3" (76MM) TENON FOR MOUNTING.



SIGMA1 (250 WATT MAX)   EPA - 1.58
SIGMA2 (175 WATT MAX)   EPA - .96

CAST ALUMINUM HOUSING AND DOOR FRAME.

OPTICAL SYSTEM ENCLOSED BY TEMPERED GLASS LENS.

REFLECTOR IS ENTIRELY FIELD ROTATABLE IN 90 DEGREE INCREMENTS.

TOOLESS ENTRY FOR LAMP REPLACEMENT.

## ORDERING INFORMATION

| MODEL NO.: SIG | OPTICS | WATTAGE  TYPE  VOLTAGE | MOUNTING | FINISH | OPTIONS |
|---|---|---|---|---|---|
| MODEL NO.: | **OPTICS** | **LAMP** | **MOUNTING** | **FINISH** | **OPTIONS** |
| **SIG** | HORIZONTAL LAMP REFLECTORS | WATTAGE/TYPE  VOLTAGE | | STANDARD TEXTURED FINISH | |
| | | **SIGMA1** | | | |
| | ☐ TYPE II  HR-II | ☐ 250  ☐ HPS  ☐ 120 | ☐ PT .......... ○ | ☐ DARK BRONZE DBM | ☐ HOUSE SIDE SHIELD ..... HS |
| | | ☐ 200  ☐ MH  ☐ 208 | | | |
| | | ☐ 175  ☐ PSMH  ☐ 240 | ☐ WM ........ ○⊢ | | ☐ PHOTO CELL + VOLTAGE (EXAMPLE: PC120V) ... PC+V |
| | ☐ TYPE III  HR-HR-III | ☐ 150  ☐ 277 | | ☐ MEDIUM BRONZE MBM | |
| | | ☐ 480 | | | ☐ SINGLE FUSE (120V, 277V) ......... SF |
| | | ☐ MT | | | |
| | ☐ TYPE IV  HR-IV | **SIGMA2** | | ☐ BLACK BKM | ☐ DOUBLE FUSE (208V, 240V) ......... DF |
| | | ☐ 175  ☐ HPS  ☐ 120 | | | |
| | ☐ TYPE V  HR-V-SQ | ☐ 150  ☐ MH  ☐ 208 | | ☐ WHITE WTM | ☐ QUARTZ RESTRIKE ...... QTZ |
| | | ☐ 100  ☐ PSMH  ☐ 240 | | | |
| | | ☐ 70  ☐ 277 | | ☐ SILVER SLM | |
| | ☐ TYPE FT*  FT-HSC (REAR CUT-OFF) *175W MAX MEDIUM BASE ONLY | ☐ 50  ☐ 480 | | | |
| | | ☐ MT | | | |
| | | SIGMA1 MOGUL BASE LAMP ED-28 OR EQUAL | | | |
| | | SIGMA2 MEDIUM BASE LAMP ED-17 OR EQUAL | | | |

Sun Valley Lighting
660 West Avenue O, Palmdale, CA 93551
Phone: (661) 233-2000  Fax: (661) 233-2001
www.usvltg.com

**SUN VALLEY LIGHTING**

# SIGMA™



| U.S. Architectural Lighting | 660 West Avenue O, Palmdale, CA 93551<br>Phone (661) 233-2000  Fax (661) 233-2001<br>www.usaltg.com | SUN VALLEY LIGHTING |